BRIAN J. STRETCH (CABN 163973)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

BRIAN C. LEWIS (DCBN 476851)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    Facsimile:  (510) 637-3724
    E-Mail: brian.lewis@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 4-16-70719 MAG |
| Plaintiff, | [~~PROPOSED~~] ORDER OF DETENTION |
| v. | |
| LEANDRE WHITE, | |
| Defendant. | |

The parties appeared before the Honorable Kandis A. Westmore on June 20, 2016, for a detention hearing. The defendant was present and represented by Assistant Federal Public Defender John Paul Reichmuth. The government was represented by Assistant United States Attorney Brian Lewis and Special Assistant United States Attorney Zinzi Bonilla. The government requested detention, submitting that no condition or combination of conditions of release would reasonably assure the appearance of the defendant as required or the safety of the community. Pretrial Services recommended detention because no condition or combination of conditions of release would reasonably assure the safety of the community. The defendant sought release to a halfway house.

Upon consideration of the parties' proffers, the bail study, and the factors set forth in 18 U.S.C. § 3142(g), the Court finds by clear and convincing evidence that no condition or combination of

DETENTION ORDER
CR 4-16-70719 MAG

conditions will reasonably assure the safety of any other person or the community.

The defendant's criminal history includes convictions for drug trafficking, burglary, and domestic violence.  For his felony convictions, the defendant has served prison terms of 3 years, 5 years, and 8 years.  The bail study indicates the defendant has as many as 10 probation/parole revocations and 4 failures to appear.  At the time the defendant is alleged to have possessed the two loaded firearms for which he is charged, he was on probation and under a stay away order related to a domestic violence conviction.  Notably, at the time of this arrest, the defendant told officers that if released he would continue to possess firearms.  Finally, though the defendant appears to have been recently employed, he has had no recent contact with his employer and it does not appear certain that he could return to work if released.

The Court therefore, orders the defendant detained.  The defendant is committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility.  The defendant must be afforded a reasonable opportunity to consult privately with counsel.  On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility must deliver the defendant to the United States Marshal for a court appearance.

IT IS SO ORDERED.

DATED:  6/21/16

_Kandis Westmore_
KANDIS A. WESTMORE
United States Magistrate Judge

DETENTION ORDER
CR 4-16-70719 MAG